IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


JAMES MICHAEL WEAVER,

      Petitioner,

v.                                                                          CASE NO. 4:05-cv-00504-MP-WCS

MICHAEL CHERTOFF,
ATTORNEY GENERAL ALBERTO GONZALES,
MICHAEL ROZOS,

      Respondents.

_____/

### O R D E R

This matter is before the Court on Doc. 10,Report and Recommendation of the

Magistrate Judge, recommending that Doc. 1, Petition for Writ of Habeas Corpus filed by James

Michael Weaver be dismissed as moot. The time for filing objections has passed and none have

been filed.  The Court agrees with the Magistrate Judge that Petitioner has failed to respond to

the government's motion to dismiss which indicates that Petitioner has been released.

Accordingly it is appropriate to dismiss Petitioner's case as moot, since he apparently has been

released from custody.

      **ORDERED AND ADJUDGED:**

    1.     The Report and Recommendation of the Magistrate Judge is adopted and
          incorporated herein.

    2.     This action is DISMISSED, and the clerk is directed to close the file.

      **DONE AND ORDERED** this  _19th_  day of October, 2006



*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge